UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CIAN PRIDGEN,

Defendant.

Case No. 20cr00029 (CKK-ZMF)

**ORDER**
**(**February 24, 2026)

This case was referred to Magistrate Judge Zia M. Faruqui for a hearing on the violation of Defendant Cian Pridgen's supervised release and a Report and Recommendation.  *See* ECF No. 31.  The Court notes that, prior to issuing his February 20, 2026 Report and Recommendation, Magistrate Judge Faruqui held multiple status hearings involving Mr. Pridgen, his counsel, the Government, and the Probation Office.  *See* docket entries for August 27, 2025; September 19, 2025; October 29, 2025; December 5, 2025; December 10, 2025; January 2, 2026; and January 5, 2026.  In his Report and Recommendation, Magistrate Judge Faruqui indicates that:

> Given Mr. Pridgen's period of supervision was set to expire on January 3, 2025, he does not appear to pose a danger to the community, he participated in numerous treatment programs, he took responsibility for his actions, and based on the joint recommendation of the parties and the Probation Office: the undersigned recommends a finding that Mr. Pridgen violated his conditions of release, sentence him to a period of time served, and not impose any further period of supervision.

Report and Recommendation, ECF No. 40, at 4-5.[1]  Accordingly, as the recommendation in that

---

[1] Magistrate Judge Faruqui notes that "[p]er the Probation Office, no hearing is needed to adopt this Recommendation, as no additional supervision is ordered."  Report and Recommendation, ECF No. 40, at 5 n.1.

1

Report and Recommendation was agreed to by the Probation Office, Defendant, and the Government, it is this 24th day of February 2026,

**ORDERED** that the Report and Recommendation is hereby ADOPTED. Because Defendant is being sentenced to time served with no additional period of supervision imposed, this case may be closed by the Clerk's Office, and the referral to Magistrate Judge Faruqui may be deemed terminated.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE